IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

|  |  |
|---|---|
| VELOCITY PATENT LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:13-cv-08419 |
| ) | |
| v. ) | Hon. Thomas M. Durkin |
| ) | |
| FCA US LLC, ) | Magistrate Judge Michael T. Mason |
| ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF VELOCITY PATENT LLC'S OPPOSED MOTION TO COMPEL
NON-PARTY ROBERT BOSCH, LLC TO PRODUCE DOCUMENTS AND SOURCE CODE**

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), and by direction of this Court to file such a motion (Dkt 176, 8:4-9:1; Dkt 156), Plaintiff Velocity Patent LLC ("Velocity") moves here to compel non-party Robert Bosch, LLC ("Bosch") to produce documents and source code in Chicago using the procedures specified in the protective order. (Dkt. 137.) Pursuant to Local Rule 37.2, counsel for Velocity and counsel for Bosch met and conferred multiple times in an attempt to reach a mutually agreeable source code production procedure and to secure production of source code and detailed technical documents for three accused features, including most recently a teleconference between counsel for Velocity and counsel for FCA on August 10, 2017. Counsel for Velocity hereby certifies that it made a good faith attempt to resolve this issue but was unable to reach agreement with Bosch regarding a reasonable source code review procedure or production of source code and detailed technical documents sought by subpoena.

For the reasons set forth in the accompanying Memorandum, Velocity respectfully requests that the Court grant Velocity's Motion to Compel Non-Party Robert Bosch, LLC to

Produce Documents and Source Code, in Chicago using the procedures specified in the governing protective order, and thereby compel production of the documents and code detailed in the accompanying Memorandum.

Dated: August 10, 2017          Respectfully submitted,

         */s/ James A. Shimota*
         James A. Shimota

         James A. Shimota (IL Bar No. 6270603)
         Howard E. Levin (IL Bar No. 6286712)
         Aaron C. Taggart (IL Bar No. 6302068)
         **HAYNES AND BOONE, LLP**
         180 North LaSalle Street, Suite 2215
         Chicago, Illinois 60601
         Telephone: 312-216-1620
         Facsimile: 312-216-1621
         *jim.shimota@haynesboone.com*
         *howard.levin@haynesboone.com*
         *aaron.taggart@haynesboone.com*

         ***Counsel for Plaintiff Velocity Patent LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 10, 2017 via electronic mail to:

| | |
|---|---|
| **WARNER NORCROSS & JUDD LLP** | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP** |
| Jeena S. Patel | |
| Vito A. Ciaravino | Lionel M. Lavenue |
| 2000 Town Center, Suite 2700 | Two Freedom Square |
| Southfield, MI 48075 | 11955 Freedom Drive |
| (248) 784-5000 | Reston, VA 20190 |
| jpatel@wnj.com | (571) 203-2700 |
| vciaravino@wnj.com | lionel.lavenue@finnegan.com |

*Counsel for Non-Party Robert Bosch, LLC*

The undersigned also hereby certifies that a true and correct copy of the above and foregoing document has been served on August 10, 2017 by electronic filing to:

| | |
|---|---|
| **VENABLE LLP** | **SWANSON, MARTIN & BELL, LLP** |
| Frank C. Cimino, Jr. | Joshua E. Bidzinski |
| Leslie A. Lee | P. Stephen Fardy |
| 575 7th Street NW | 330 North Wabash, Suite 3300 |
| Washington, DC 20004 | Chicago, IL 60611 |
| (202) 344-4569 | (312) 321-9100 |
| (202) 344-4048 | sfardy@smbtrials.com |
| fccimino@venable.com | jbidzinski@smbtrials.com |
| lalee@venable.com | |

*Counsel for Defendant FCA US LLC*

*/s/ James A. Shimota*
James A. Shimota

**HAYNES AND BOONE, LLP**
*jim.shimota@haynesboone.com*

*Counsel for Plaintiff Velocity Patent LLC*