IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| VELOCITY PATENT LLC, | ) |
| *Plaintiff*, | ) Civil Action No.: 1:13-cv-08419 |
| v. | ) Hon. Thomas M. Durkin |
| FCA US LLC, | ) Magistrate Judge Michael T. Mason |
| *Defendant*. | ) |
| | ) **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Thursday, August 17, 2017 at 10:00 a.m., Plaintiff Velocity Patent LLC shall appear before the Honorable Judge Michael T. Mason in Courtroom 2266, or before any judge sitting in his stead, and shall at that time present its Motion to Compel Non-Party Robert Bosch, LLC to Produce Documents and Source Code.

1

2

Dated: August 10, 2017　　　　　　　　Respectfully submitted,

*/s/ James A. Shimota*
James A. Shimota

James A. Shimota (IL Bar No. 6270603)
Howard E. Levin (IL Bar No. 6286712)
Aaron C. Taggart (IL Bar No. 6302068)
**HAYNES AND BOONE, LLP**
180 North LaSalle Street, Suite 2215
Chicago, Illinois 60601
Telephone: 312-216-1620
Facsimile: 312-216-1621
*jim.shimota@haynesboone.com*
*howard.levin@haynesboone.com*
*aaron.taggart@haynesboone.com*

***Counsel for Plaintiff Velocity Patent LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 10, 2017 via electronic mail to:

| **WARNER NORCROSS & JUDD LLP** | **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP** |
|---|---|
| Jeena S. Patel<br>Vito A. Ciaravino<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075<br>(248) 784-5000<br>jpatel@wnj.com<br>vciaravino@wnj.com | Lionel M. Lavenue<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2700<br>lionel.lavenue@finnegan.com |
| *Counsel for Non-Party Robert Bosch, LLC* | |

The undersigned also hereby certifies that a true and correct copy of the above and foregoing document has been served on August 10, 2017 by electronic filing to:

| **VENABLE LLP** | **SWANSON, MARTIN & BELL, LLP** |
|---|---|
| Frank C. Cimino, Jr.<br>Leslie A. Lee<br>575 7th Street NW<br>Washington, DC 20004<br>(202) 344-4569<br>(202) 344-4048<br>fccimino@venable.com<br>lalee@venable.com | Joshua E. Bidzinski<br>P. Stephen Fardy<br>330 North Wabash, Suite 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>sfardy@smbtrials.com<br>jbidzinski@smbtrials.com |
| *Counsel for Defendant FCA US LLC* | |

*/s/ James A. Shimota*
James A. Shimota

**HAYNES AND BOONE, LLP**
*jim.shimota@haynesboone.com*

*Counsel for Plaintiff Velocity Patent LLC*