**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Velocity Patent LLC
,

Plaintiff(s),

v.

Chrysler Group, LLC,

Defendant(s).

Case No. 13 CV 8419
Judge Thomas M. Durkin

**ORDER**

MOTION by Plaintiff Velocity Patent LLC for Leave to File its First Supplemental Expert Report Regarding Infringement to Address New Source Code Information from Bosch [310] is granted. OBJECTIONS by Velocity Patent LLC and Request for Reconsideration to Order Denying Motion for Leave to File Discovery Motion [314] is denied. MOTIONS by Velocity Patent to seal exhibits [312 and 322] are denied as moot. Summary Judgment Conference held on May 2, 2018.

Time: .15 min.

Date: 5/2/2018

/s/ Thomas M. Durkin
United States District Court Judge