**IN THE UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VELOCITY PATENT LLC, | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:13-cv-08419 |
| vs. | ) | Hon. Thomas M. Durkin |
| FCA US LLC, | ) | **JURY TRIAL DEMANDED** |
| *Defendant.* | ) | |

**JOINT SUBMISSION REGARDING CASE SCHEDULE AND MEDIATION**

As ordered by the Court at the May 2, 2018 Summary Judgment Conference, the parties jointly submit the schedule below, which addresses summary judgment briefing dates and also includes dates previously set by the Court. Further, as ordered by the Court, the parties have discussed mediation. While both parties are willing to mediate, the parties agree that they are too far apart for mediation to be productive at this time.

| No. | Event | Joint Proposal |
|---|---|---|
| 1. | Dispositive Motions | May 25, 2018 |
| 2. | Opposition to Dispositive Motions | June 15, 2018 |
| 3. | Reply iso Dispositive Motions | June 29, 2018 |
| 4. | Daubert Motions | July 9, 2018 |
| 5. | Daubert Oppositions | July 23, 2018 |
| 6. | Daubert reply – Fully briefed Daubert motions | July 30, 2018 |
| 7. | Pretrial motions | August 10, 2018 |
| 8. | Opposition pretrial motions | August 23, 2018 |

| No. | Event | Joint Proposal |
|---|---|---|
| 9. | Fully briefed pretrial motions and Final Pretrial Order | August 23, 2018 |
| 10. | Pre-trial Conference | September 6, 2018 |
| 11. | Trial | September 12, 2018 through October 5, 2018 |

Respectfully submitted,

*/s/ Leslie A. Lee*
Frank C. Cimino, Jr.
Jeffri A. Kaminski
Leslie A. Lee
VENABLE LLP
575 7th Street NW
Washington, DC 20004
Tel: (202) 344-4569
Fax: (202) 344-4048

P. Stephen Fardy
Brian W. Bell
Jonna M. Reilly
SWANSON, MARTIN & BELL, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100

*Attorneys for Defendant FCA US LLC*

*/s/ Jim Shimota*
James Shimota
Howard Levin
Aaron Taggart
HAYNES AND BOONE, LLP
180 N. LaSalle St., Suite 2215
Chicago, IL 60601
Tel: (312) 216-1620
Fax: )312) 216-1621

Nicole Johnson (admitted pro hac vice)
HAYNES AND BOONE, LLP
525 University Ave., Suite 400
Palo Alto, CA 94301
Tel: 650-687-8800
Fax: 650-687-8801

*Attorneys for Plaintiff Velocity Patent, LLC*