**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| VELOCITY PATENT LLC,<br><br>*Plaintiff,*<br>v.<br><br>FCA US LLC,<br><br>*Defendant.* | Civil Action No. 1:13-cv-08419<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Michael T. Mason |

**DEFENDANT FCA US LLC'S MOTION TO**
**EXCLUDE TESTIMONY OF MR. CARTER AND MR. IYER**

Defendant FCA US LLC ("FCA") respectfully moves this Court to exclude the testimony of Andrew Carter and Shankar Iyer, the damages experts of Plaintiff Velocity Patent LLC, under Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 589-97 (1993).

In support of its Motion, FCA submits the accompanying Memorandum of Law.

Dated: July 9, 2018

Respectfully submitted,

*/s/ Frank C. Cimino, Jr.*


Frank C. Cimino, Jr.
Megan S, Woodworth
Jeffri A. Kaminski
Jonathan L. Falkler
Leslie A. Lee
**VENABLE LLP**
600 Massachusetts Ave NW
Washington, DC 20004
(202) 344-4569
(202) 344-4048
*fccimino@venable.com*
*jakaminski@venable.com*

P. Stephen Fardy
Brian W. Bell
Jonna M. Reilly
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
*sfardy@smbtrials.com*
*bbell@smbtrials.com*
*jreilly@smbtrials.com*

***Attorneys for Defendant FCA US LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on this 9th day of July, 2018 via the Court's CM/ECF system on all counsel of record.

*/s/ Frank C. Cimino, Jr.*
Frank C. Cimino, Jr.