**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| VELOCITY PATENT LLC,<br>*Plaintiff,*<br>**v.**<br>FCA US LLC,<br>*Defendant.* | Civil Action No. 1:13-cv-08419<br>Hon. Thomas M. Durkin<br>Hon. Michael T. Mason<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF VELOCITY PATENT, LLC'S MOTION TO**
**EXCLUDE EXPERT TESTIMONY OF MICHELE RILEY AND JOHN MARTENS**

Pursuant to the Court's scheduling Order of May 7, 2018 (Dkt. 326), Plaintiff Velocity Patent LLC moves the Court to preclude the following testimony from Defendant FCA US LLC's purported experts:

- With respect to Ms. Riley, preclude all testimony; and
- With respect to Dr. Martens, preclude testimony regarding testing, erroneous application of the Court's claim construction, and noninfringing alternatives.

Velocity requests that its motion be granted for the reasons stated in the accompanying Memorandum of Law.

Dated: July 9, 2018

Respectfully submitted,

*/s/ James A. Shimota*
James A. Shimota

James A. Shimota (IL Bar No. 6270603)
Howard E. Levin (IL Bar No. 6286712)
Aaron C. Taggart (IL Bar No. 6302068)
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopier: (214) 200-5940
*jim.shimota@haynesboone.com*
*howard.levin@haynesboone.com*
*aaron.taggart@haynesboone.com*

***Counsel for Plaintiff Velocity Patent LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 9, 2018, by electronic filing to:

**VENABLE LLP**

Frank C. Cimino, Jr.
Jeffri A. Kaminski
Leslie Ann Lee
Megan S. Woodworth
600 Massachusetts Ave., NW
Washington, D.C. 20001
(202) 344-4000
*fccimino@venable.com*
*jakaminski@venable.com*
*lalee@venable.com*
*mswoodworth@venable.com*

**SWANSON, MARTIN & BELL, LLP**

Brian William Bell
Joshua Erik Bidzinski
P. Stephen Fardy
Jonna McGinley Reilly
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
(312) 321-9100
*bbell@smbtrials.com*
*jbidzinski@smbtrials.com*
*sfardy@smbtrials.com*
*jreilly@smbtrials.com*

***Counsel for Defendant FCA US LLC***

*/s/ James A. Shimota*
James A. Shimota
**HAYNES AND BOONE, LLP**
*jim.shimota@haynesboone.com*
***Counsel for Plaintiff Velocity Patent LLC***