**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VELOCITY PATENT LLC, | ) | |
| *Plaintiff,* | ) | Civil Action No. 1:13-cv-08419 |
| **v.** | ) | Hon. Thomas M. Durkin<br>Hon. Michael T. Mason |
| FCA US LLC, | ) | **JURY TRIAL DEMANDED** |
| *Defendant.* | ) | |

**PLAINTIFF VELOCITY PATENT, LLC'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY OF MICHELE RILEY AND JOHN MARTENS, PH.D.**

# FILED UNDER SEAL

## CONTAINS HIGHLY CONFIDENTIAL INFORMATION