**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| VELOCITY PATENT LLC,<br><br>*Plaintiff,*<br>v.<br><br>FCA US LLC<br><br>*Defendant.* | Civil Action No. 1:13-cv-08419<br><br>**REDACTED VERSION**<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Michael T. Mason |

**DEFENDANT FCA US LLC'S OPPOSITION TO**
**VELOCITY'S MOTION TO EXCLUDE EXPERT TESTIMONY OF**
**MICHELE RILEY AND JOHN MARTENS, PH.D.**

The foregoing document is being filed as restricted and under seal in its entirety in accordance with a pending order of the Court.

Respectfully submitted,

By: */s/ Frank C. Cimino, Jr.*

Frank C. Cimino, Jr.
Megan S. Woodworth
Jeffri A. Kaminski
Jonathan L. Falkler
Leslie Lee
Venable LLP
600 Massachusetts Ave NW
Washington, D.C. 20004
(202) 344-4569
fccimino@venable.com
mswoodworth@venable.com
jakaminski@venable.com
jlfalkler@venable.com
lalee@venable.com

P. Stephen Fardy

Jonna McGinley Reilly
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
(312) 321-9100
(312) 321-0990 – Fax
sfardy@smbtrials.com
jreilly@smbtrials.com

**Attorneys for Defendant FCA US LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on this 23rd day of July, 2018 via the Court's CM/ECF system on all counsel of record.

*/s/ Frank C. Cimino, Jr.*
Frank C. Cimino, Jr.