**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| VELOCITY PATENT LLC,<br><br>*Plaintiff,*<br>v.<br><br>FCA US LLC,<br><br>*Defendant.* | Civil Action No. 1:13-cv-08419<br><br>Judge Thomas M. Durkin<br>Magistrate Judge Michael T. Mason |

**[redacted] ORDER ON FINAL JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY**

Pursuant to the Court's Summary Judgment Orders (Dkt. 442 and 473), and the Joint Stipulation Regarding Final Judgment by Plaintiff Velocity Patent LLC ("Velocity") and Defendant FCA US LLC ("FCA"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This is a patent infringement action brought by Plaintiff Velocity against Defendant FCA alleging infringement of U.S. Patent No. 5,954,781 (the "patent-in-suit").

2. Plaintiff Velocity accused FCA vehicles including at least one of the following features – the Fuel Saver Indicator, certain MPG Displays, and the EcoIndex of infringing claims 1, 17, 18, 19, 28, 33, 34, 42, 59, 60 and 64, 69 and 79-76.

3. On August 7, 2018 the Court issued an order (Dkt. 442) granting-in-part FCA's motions for summary judgment. That order found in relevant part:

   a. Non-infringement of claims 1, 17, 18, 19, 28, 33, 34, 42, 59, 60, and 64 by the accused Fuel Saver Indicator feature.

   b. Invalidity of claims 69 and 76-79 under 35 U.S.C. § 305.

4. On August 22, 2018 the Court issued an order (Dkt. 473) granting FCA's request to reconsider the Court's denial of summary judgment by the accused MPG Display feature. The order (Dkt. 473) found:

   a. Non-infringement of claims 1, 17, 18, 19, 28, 33, 34, 42, 59, 60 and 64 by the accused MPG Display feature.

5. On August 28, 2018 the parties entered into a Joint Stipulation Regarding Final Judgment. Pursuant to terms and reservations of that stipulation, the Court hereby enters judgment of:

a. Non-infringement of claims 1, 17, 18, 19, 28, 33, 34, 42, 59, 60 and 64 by the accused Eco Index feature.

6. Accordingly, the Court hereby enters this Final Judgment of non-infringement of claims 1, 17, 18, 19, 28, 33, 34, 42, 59, 60 and 64 of the patent-in-suit, and invalidity of claims 69 and 76-79 of the patent-in-suit.

7. In accordance with FRCP 54 and LR54.1, and within 30 days of this Final Judgment, FCA shall file a bill of costs with the clerk and serve a copy on Velocity.

DATED: 9/18/2018

The Honorable Thomas ~~J.~~ M. Durkin